UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CT-03157-BO

| | |
|---|---|
| JENNIFER ANN JASMAINE, ) <br> f/k/a DUANE LEROY FOX ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MR. MCPHERSON, et al., ) <br>     Defendants. ) | **NCPLS RESPONSE TO** <br> **DISCOVERY ORDER** |

    In response to the Court's Order of November 25, 2019 and pursuant to Standing Order 20-SO-1, I have assisted Plaintiff with conducting discovery and provided legal advice in this case. As a result of my review of the discovery, North Carolina Prisoner Legal Services, Inc. will not provide further representation to Plaintiff in this action.

    This 17th day of November, 2020.

                                              /s/ Cory Tischbein
                                              Cory Tischbein
                                              Counsel for Plaintiff
                                              N.C. Bar No. 55331
                                              N.C. Prisoner Legal Services, Inc.
                                              Post Office Box 25397
                                              Raleigh, North Carolina 27611
                                              (919) 856-2200
                                              (919) 856-2223 (Fax)
                                              ctischbein@ncpls.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that on November 17, 2020, I mailed a copy of the foregoing to the following individual:

**Jennifer Jasmaine**
**OPUS #1426625**
Eastern Correctional Institution
P.O. Box 215
Maury, NC 28554

                                        /s/ Cory Tischbein
                                        Cory Tischbein